**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Christopher Brennan         BK NO. 23-01239 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                 Respectfully submitted,

                                 /s/ Michael Farrington
                                 Michael Farrington
                                 12 Jun 2023, 10:47:41, EDT

                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106
                                 215-627-1322