IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Christopher Brennan

Debtor 1

Chapter: 13
Case No.: 1:23-bk-01239-HWV

### ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS ORDERED** that the case of the above named Debtor is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 21, 2023