# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 7/21/2023
Case: 1:23−bk−01239−HWV     Form ID: pdf010     Total: 6

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Jack N Zaharopoulos     info@pamd13trustee.com
aty     Michael Patrick Farrington     mfarrington@kmllawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Christopher Brennan     270 Morris Road     Fawn Grove, PA 17321
5547738     Wells Fargo Bank N.A., d/b/a Wells Fargo Auto     PO Box 130000     Raleigh NC, 27605
5545413     Mr Cooper     1600 E St Andrew Pl     Santa Ana, CA 92705

TOTAL: 3